UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID WILLIAM RICARDEZ,

    Petitioner,

 v.

DAVID EDWARDS ET AL.,

    Respondents.

Case No. C21-5526-DGE-SKV

REPORT AND RECOMMENDATION

  Petitioner proceeds *pro se* this 28 U.S.C. § 2241 federal habeas action. On July 21, 2021, Petitioner, then in custody at Grays Harbor County Jail, filed a proposed § 2241 petition for writ of habeas corpus. *See* Dkt. 1. Petitioner did not apply to proceed *in forma pauperis* (IFP) and did not pay the filing fee. On July 22, 2021, the Court mailed Petitioner a letter informing him that in order to proceed with his habeas action, he would need to pay the filing fee or apply for IFP status. *See* Dkt. 3. On August 3, 2021, the letter was returned as undeliverable. *See* Dkt. 4.

  Pursuant to Local Civil Rule 41(b)(2), Petitioner is required to keep the Court and opposing parties advised as to his current address. "If mail directed to a pro se plaintiff by the clerk is returned by the Postal Service, . . . and if such plaintiff fails to notify the court and opposing parties within 60 days thereafter of his or her current mailing . . . address, the court may dismiss the action

REPORT AND RECOMMENDATION - 1

without prejudice for failure to prosecute." Local CR 41(b)(2). *See also* Fed. R. Civ. P. 41(b) (defendant may move for dismissal based on failure to prosecute).

In this case, more than sixty days have elapsed since the Court's letter to Petitioner was returned by the Postal Service as undeliverable on August 3, 2021. Given this and Petitioner's failure to keep the Court and Respondents apprised of his current mailing address, the Court recommends dismissal of this action without prejudice for failure to prosecute. A proposed Order of Dismissal accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14)** days after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **November 19, 2021**.

Dated this 25th day of October, 2021.

S. KATE VAUGHAN
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2